UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JANE DOE and JOHN DOE,

        Plaintiffs,

     - against -

JAMIE DEL RIO, individually and as officer;
VINCENT KONG, individually and as officer;
STEVEN BOBBETT, individually and as officer;
SCOTT BRADY, individually and as sergeant;
RAYMOND KELLY, individually and as Commissioner
of the New York City Police Department;
and CITY OF NEW YORK,

        Defendants.
------------------------------------------------------------------X

06 Civ. ____

**ORDER TO PROSECUTE
ANONYMOUSLY**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 5/30/06

Upon the annexed Declaration of Carolyn A. Kubitschek, attorney for Plaintiffs and for

good cause shown, it is hereby;

    ORDERED that Plaintiffs are permitted to prosecute this action anonymously, using the

names JANE DOE, and JOHN DOE, respectively; and it is further

    ORDERED that the caption of this action shall be JANE DOE and JOHN DOE ,

Plaintiffs, against JAMIE DEL RIO, individually and as officer; VINCENT KONG, individually

and as officer; STEVEN BOBBETT, individually and as officer; SCOTT BRADY, individually

and as sergeant; RAYMOND KELLY, individually and as Commissioner of the New York City

Police Department; and CITY OF NEW YORK; and it is further

    ORDERED that this Order, the Declaration of Carolyn A. Kubitschek, and any other

documents bearing Plaintiffs' true names shall be sealed by the Clerk of the Court and made only

available to the parties of this action and their attorneys; and it is further

    ORDERED that upon the request of the Defendants, or their attorneys, Plaintiffs' attorney

shall disclose Plaintiffs' true names to Defendants in order to enable Defendants to defend this

action; and it is further

ORDERED that Defendants shall not disclose the name of Plaintiffs to anyone, *and it
is further ORDERED that this Order may be modified by the assigned*
Dated: May 16, 2006 *judge.*

_____
U. S. D. J. *PART I*