UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JANE DOE and JOHN DOE,

                                 Plaintiffs,

                 -against-

JAMIE DEL RIO, individually and as officer; VINCENT
KONG, individually and as officer; STEVEN BOBBETT,
individually and as officer; SCOTT BRADY, individually
and as sergeant; RAYMOND KELLY, individually and as
Commissioner of the New York City Police Department;
and CITY OF NEW YORK,

                                 Defendants.
------------------------------------------------------------------------X

**NOTICE OF MOTION**

06 Civ. 03761 (GEL)

        **PLEASE TAKE NOTICE** that, upon the annexed Declaration of David M. Hazan, dated July 28, 2006, and the exhibits annexed thereto; the accompanying Memorandum of Law in Support of Defendants' Motion pursuant to Fed. R. Civ. P. Rules 10(a) and 17(a), dated July 28, 2006; and all the papers and proceedings had herein, defendants City of New york and Raymond Kelly will move this Court, before the Honorable Gerard E. Lynch, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007,on a date and time to be determined by the Court, for an Order, pursuant to Fed. R. Civ. P. Rules 10(a) and 17(a) directing plaintiffs to replace the names of the Doe plaintiffs in the caption with the actual names of the plaintiffs, and for such other and further relief as the Court may deem just and proper.

        **PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be served on or before August 11, 2006.

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, shall be served on or before August 18, 2006.

Dated:  New York, New York
        July 28, 2006

                        MICHAEL A. CARDOZO
                        Corporation Counsel of the City of New York
                        Attorney for Defendants City of New York and
                        Commissioner Raymond Kelly
                        100 Church Street, Room 3-186
                        New York, New York 10007
                        (212) 788-8084

                        By: _____
                              David M. Hazan (DH-8611)
                              Assistant Corporation Counsel
                              Special Federal Litigation Division

To:    VIA FIRST CLASS MAIL
       Honorable Gerard E. Lynch
       United States District Judge, SDNY
       Daniel Patrick Moynihan United States Courthouse
       500 Pearl Street
       New York, N.Y. 10007-1312

       VIA FIRST CLASS MAIL
       Carolyn A. Kubitschek, Esq.
       Lansner & Kubitschek
       Attorneys for Plaintiff
       325 Broadway
       Suite 201
       New York, N.Y. 10007

       VIA FIRST CLASS MAIL
       Susan J. Walsh
       Gould Reimer Walsh Goffin Cohn LLP
       61 Broadway
       Suite 1601
       New York, N.Y. 10006

Docket No. 06 Civ. 03761 (GEL)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| JANE DOE and JOHN DOE,<br><br>                                      Plaintiffs,<br><br>                -against-<br><br>JAMIE DEL RIO, individually and as officer;<br>VINCENT KONG, individually and as officer;<br>STEVEN BOBBETT, individually and as officer;<br>SCOTT BRADY, individually and as sergeant;<br>RAYMOND KELLY, individually and as<br>Commissioner of the New York City Police<br>Department; and CITY OF NEW YORK,<br><br>                                    Defendants. |
| **NOTICE OF MOTION AND DECLARATION IN SUPPORT OF DEFENDANTS CITY OF NEW YORK AND RAYMOND KELLY'S MOTION PURSUANT TO FED. R. CIV. P. RULES 10(A) AND 17(A)** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants City of New York and*<br>*Commissioner Raymond Kelly*<br>*100 Church Street, Room 3-186*<br>*New York, N.Y. 10007*<br><br>*Of Counsel: David M. Hazan*<br>*Tel: (212) 788-8084*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ............................................ , 2006.*<br><br>*................................................................... Esq.*<br><br>*Attorney for ..................................................* |